AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Eastern District of New York

| | | |
|---|---|---|
| Cesar De La Cruz<br><br>*Plaintiff(s)*<br>v.<br>Jonathan Lord Corp., Kathleen Dancik and Carol Kentrup<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:22-cv-02948-JMA-SIL |

**SUMMONS IN A CIVIL ACTION**

To: Jonathan Lord Corp
87 Carlough Road
Bohemia, NY  11716

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Steven John Moser
Moser Law Firm, PC
5 East Main Street
Huntington, NY  11743
steven.moser@moserlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney
*CLERK OF COURT*

Date: 5/20/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Eastern District of New York

| | |
|---|---|
| Cesar De La Cruz<br><br>*Plaintiff(s)*<br>v.<br>Jonathan Lord Corp., Kathleen Dancik and Carol Kentrup<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-02948-JMA-SIL |

**SUMMONS IN A CIVIL ACTION**

To:   Kathleen Dancik
      86 New Mill Road

      Smithtown, NY 11787

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Steven John Moser
   Moser Law Firm, PC
   5 East Main Street
   Huntington, NY  11743
   steven.moser@moserlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna B. Mahoney

*CLERK OF COURT*

Date:   5/20/2022                        *Laura Jakubowski*
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

## Eastern District of New York

| | |
|---|---|
| Cesar De La Cruz <br><br> *Plaintiff(s)* <br><br> v. <br><br> Jonathan Lord Corp., Kathleen Dancik and Carol Kentrup <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-02948-JMA-SIL |

**SUMMONS IN A CIVIL ACTION**

To: Carol Kentrup
88 Lone Oak Path

Smithtown, NY 11787

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Steven John Moser
> Moser Law Firm, PC
> 5 East Main Street
> Huntington, NY  11743
> steven.moser@moserlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Brenna B. Mahoney
*CLERK OF COURT*

Date: 5/20/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*