151060
MOSER- STE

**AFFIDAVIT OF SERVICE**

Index No. 2:22-CV-02948-JMA-SIL
Date filed
File No.

**DISTRICT**   COURT, COUNTY OF **EASTERN NY**

**CESAR DE LA CRUZ**

Plaintiff(s)

against

**JONATHAN LORD CORP., KATHLEEN DANCIK AND CAROL KENTRUP**

Defendant(s)

State of New York, County of Nassau   SS:

**ANTHONY CARLINO** being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at **VALLEY STREAM   NY   11580**

That on **5/25/2022** at **11:00 AM** at **HOME ADDR.** at **88 LONE OAK PATH SMITHTOWN   NY   11787**
deponent served the within
**SUMMONS AND COMPLAINT**

on **CAROL KENTRUP**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner;
**AFFIXING TO DOOR, ETC.**
by affixing a true copy(ies) of each to the door of said premises which is defendant's actual place of business or dwelling place or usual place of abode within the state. Deponent was unable, with due diligence to find defendant(s) or a person(s) of suitable age and discretion, thereat having called there.

| 5/23/2022 | @ | 9:20 PM | 5/25/2022 | @ | 7:20 AM |
| 5/25/2022 | @ | 11:00 AM | | @ | |

Confirmed residency with neighbor Elizabeth Glacia
**MAILING**
On **5/25/2022** deponent mailed a copy of same to respondent at
**88 LONE OAK PATH SMITHTOWN   NY   11787**
by regular 1st class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or action against the person.
**MILITARY CONFIRMATION**
I asked the person spoken to

whether recipient is in active military service of the United States in any capacity whatever.
Person answered in the negative.

Sworn to before me on   5/26/22

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2020

URI BRILL
NOTARY PUBLIC, STATE OF NY
# 01BR6394019
QUALIFIED IN NASSAU COUNTY
EXPIRES 07/01/2023

**ANTHONY CARLINO**

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353