**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
CESAR DE AL CRUZ,

                Plaintiff,

- against -

JONATHAN LORD CORP., KATHLEEN
DANCIK, and CAROL KENTRUP,

                Defendants.
---------------------------------------------------------------X

**CLERK'S CERTIFICATE OF DEFAULT**
CV 22-2948 (JMA) (SIL)

      **I,** Brenna B. Mahoney, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants JONATHAN LORD CORP., KATHLEEN DANCIK, and CAROL KENTRUP have not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

      The defaults of defendants JONATHAN LORD CORP., KATHLEEN DANCIK, and CAROL KENTRUP are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: September 15, 2022
       Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF THE COURT

                          BY:    /S/ JAMES J. TORITTO
                                        DEPUTY CLERK