```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CESAR DE LA CRUZ,
```

|  |  |
|---|---|
| Plaintiff, | **INITIAL CONFERENCE ORDER** |
| -against- | CV 22-2948 (JMA) (SIL) |
| JONATHAN LORD CORP. et al. | |
| Defendants. | |

```
------------------------------------------------------------X
```

**LOCKE, Magistrate Judge:**

      **Conference Date: November 9th, 2022 at 12:00 PM** via the Court's AT&T Conference Line. The parties are instructed to dial 1-877-336-1829 and enter access code 3002871#. The parties are directed to confirm the date and time of this conference with each other.

      The above-captioned case has been referred to United States Magistrate Judge Steven I. Locke for purposes of scheduling discovery, resolution of discovery disputes, settlement conferences and any other purposes set forth at 28 U.S.C. §636(b)(1)(A). Lead counsel and/or pro se parties must be present for an initial conference at the date and time indicated above. Counsel and/or pro se parties are expected to be familiar with the Federal Rules of Civil Procedure concerning discovery, *see generally* Fed. R. Civ. P. Rules 16 & 26-37, and the Individual Rules of the undersigned, which are attached to this Order.

      **Prior to this conference, the parties, with limited exceptions, must hold a discovery planning conference pursuant to Fed. R. Civ. P. Rule 26(f), must provide automatic disclosure pursuant to Rule 26(a)(1) unless this proceeding is exempted from such disclosure pursuant to Rule 26(a)(1)(E), and must file a proposed discovery plan consistent with the factors set forth in Rule 26(f)(1)-(4).**

      The proposed discovery plan, which must be electronically filed under "Other Documents" as a "Proposed Scheduling Order" **no less than two days prior** to the conference, should reflect the general rule that discovery is to be completed within six to nine months of the date of the initial conference, and should include any agreements the parties have reached regarding discovery, including electronic discovery, as appropriate. It should also include proposed deadlines for the service of and response to written discovery, completion of depositions, motions to amend pleadings including joinder of additional parties, all expert discovery (including identification of experts and rebuttal experts and disclosure of expert reports), completion of all discovery, filing of dispositive motions, and a pre-trial order/trial-ready date.

Dated: Central Islip, New York                  SO ORDERED:
      October 18, 2022                          /s/ Steven I. Locke
                                                        STEVEN I. LOCKE
                                                     United States Magistrate Judge