

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 20, 2023

**VIA ECF**

Hon. Steven I. Locke, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

    Re:    *De La Cruz v Jonathan Lord Corp,* Case No. 22-cv-2948 (JMA)(SIL)

Dear Judge Locke:

    Please accept this joint letter requesting a brief adjournment of the in person conference scheduled for today.

    The matter was settled (subject to court review and approval) in June 2023. The parties are finalizing the terms of a settlement agreement. I apologize to the Court for this late request. My vehicle is in the auto body shop for repairs. I returned a rental vehicle this morning based upon the repair shop's representation that my vehicle was ready to be picked up. Unfortunately, at 11am, when I attempted to pick up the vehicle I was advised that it will only be ready later on today.

    The parties respectfully request 10 days to submit a settlement agreement and motion for approval thereof.

                                                             Respectfully Submitted,

                                                             *Steven J. Moser*
                                                             Steven J. Moser

CC:    All counsel of record via ECF