

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**JOHN K. DIVINEY**
PARTNER
(516) 357-3234
John.diviney@rivkin.com

July 20, 2023

**VIA ECF**

Hon. Steven I. Locke, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

    Re:   De La Cruz v. Jonathan Lord Corp.
              Case No.: 2:22-cv-02948 (JMA)(SIL)

Dear Judge Locke:

    Please accept this joint letter requesting a brief adjournment of the in-person conference scheduled for today, July 20, 2023. We apologize for the late nature of this request.

    As plaintiff's counsel mentioned in his letter, submitted prior to our letter, this matter has been settled (subject to court review and approval), and the parties are finalizing the terms of the settlement agreement. Therefore, the parties respectfully request a 10-day adjournment to submit a finalized settlement agreement and motion for approval thereof.

    Thank you.

                                           Respectfully submitted,

                                           Rivkin Radler, LLP
                                           *s/*
                                           John K. Diviney

CC:    All counsel of record via ECF

66 South Pearl Street, 11th Floor        25 Main Street                    477 Madison Avenue           2649 South Road
Albany, NY 12207-1533                    Court Plaza North, Suite 501      New York, NY 10022-5843      Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199            Hackensack, NJ 07601-7082         T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
                                         T 201.287.2460 F 201.489.0495

7636161.v1