

MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

July 31, 2023

**VIA ECF**

Hon. Steven I. Locke, USMJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

      Re:    *De La Cruz v Jonathan Lord Corp,* Case No. 22-cv-2948 (JMA)(SIL)

Dear Judge Locke:

      Today is the day to submit Plaintiff's motion for approval of the settlement between the parties.  Plaintiff respectfully requests an extension until Friday, August 4, 2023 to submit same. The basis for this request is that the Plaintiff is Spanish-speaking and wanted to have the settlement agreement independently translated prior to execution thereof.

      Defendant consents to this request.

                        Respectfully Submitted,

                        *Steven J. Moser*

                        Steven J. Moser

CC:    All counsel of record via ECF