

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

September 01, 2023

**VIA ECF**

Hon. Steven I. Locke, USMJ
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

    Re:    *De La Cruz v Jonathan Lord Corp,* Case No. 22-cv-2948 (JMA)(SIL)

Dear Judge Locke:

    This morning my office received the fully executed settlement agreement in the above referenced matter. However, I am traveling today and not in the office. I respectfully request that the conference scheduled for Tuesday September 5th, 2023 be canceled and that I'd be given until tomorrow to file a motion for court approval thereof.

                          Respectfully Submitted,

                          *Steven J. Moser*

                          Steven J. Moser

CC:    All counsel of record via ECF