**MOSER LAW FIRM, PC**

133 New York Avenue

Huntington, New York  11743

### SETTLEMENT STATEMENT

| | |
|---|---|
| **Date Prepared:** | **9/5/2023** |
| **Client** | **Cesar De La Cruz** |
| **Matter:** | ***De La Cruz v. Jonnathan Lord, et al.*** |
| **Case No.** | **22-cv-2948 (JMA)(SIL)** |
| **Matter No.** | **21-00026** |

**I. Recovery**                                            25,000.00

       **Total Recovery**                               **$    25,000.00**

**II. Less: Attorneys' Fees**

| | | |
|---|---|---|
| Hourly Fee (see attached) | - | |
| Contingency % | 33.33% | |
| Contingency Fee | 8,332.50 | |
| Adjustment to Fees (6 Month Delay in Payment of Attorneys' Fees/Costs) | 735.50 | |
| **Total Fees** | | **$    9,068.00** |

**III. Less: Costs**

| | | |
|---|---|---|
| Filing Fees | 402.00 | |
| Process Service | 230.00 | |
| Mediation | 300.00 | |
| Other: | - | |
| Other: | - | |
| **Total Costs** | | **$    932.00** |

**IV. Proceeds**

       **Proceeds to Client**                          **$    15,000.00**