

MOSER LAW FIRM, PC

**Steven J. Moser**
Tel: 631-824-0200
steven.moser@moserlawfirm.com

October 18, 2023

**VIA ECF**

Hon. Steven I. Locke, USMJ
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11717

    Re:    *De La Cruz v Jonathan Lord Corp,* Case No. 22-cv-2948 (JMA)(SIL)

Dear Judge Locke:

    I represent the Plaintiff in the above referenced matter. The parties have consented to Your Honor's jurisdiction for all purposes. On September 13, 2023 the Court set down the matter for a hearing for October 19, 2023 *in person* at 11:00 concerning the fairness of the proposed FLSA settlement.

    By this letter, the parties jointly request that the conference be converted from an in-person conference to a telephone conference. This request is made to conserve the resources the parties and the Court, in light of the monetary value of the claims. We believe that we can fully address the fairness of the proposed settlement telephonically, should the Court so permit.

    Respectfully Submitted,

*Steven J. Moser*

Steven J. Moser

CC:    All counsel of record via ECF