| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 10/19/23<br>TIME: 11:00 am |

CASE:  **CV 22-2948 (SIL) De La Cruz v. Jonathan Lord Corp. et al**

TYPE OF CONFERENCE:   CHEEKS          FTR: 11:03-11:06

APPEARANCES:

    For Plaintiff:   Steven Moser

    For Defendant: John Diviney

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒  Other:  Cheeks hearing held. The Clerk of the Court is directed to close this case.


    SO ORDERED

    /s/Steven I. Locke
    STEVEN I. LOCKE
    United States Magistrate Judge