UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CESAR DE LA CRUZ,

                 Plaintiff,

-against-

JONATHAN LORD CORP., KATHLEEN
DANCIK, and CAROL KENTRUP,

                 Defendants.
-----------------------------------------------------------------X

**MEMORANDUM AND ORDER**

22-CV-2948 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On September 5, 2023, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.,* Plaintiff Cesar De La Cruz and Defendants Jonathan Lord Corp., Kathleen Dancik, and Carol Kentrup submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1]  *See* DE [27].  On October 19, 2023, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  *See* DE [31].

Having reviewed the submissions in support of the parties' application and considered the parties' presentations at oral argument, the Court finds that the Settlement Agreement's terms are fair and reasonable.  *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable).

---

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c).  *See* Consent to Jurisdiction, Docket Entry ("DE") [29].

Accordingly, the Settlement Agreement is approved, and the Clerk of the Court is directed to close this case.

Dated:    Central Islip, New York    **SO ORDERED.**
        October 19, 2023

                                                /s/ Steven I. Locke
                                                STEVEN I. LOCKE
                                                United States Magistrate Judge